1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND | Case No. : 06-2436 CRB |
| 13 PRODUCT LIABILITY LITIGATION | MDL NO. 1699 |
|   | District Judge: Charles R. Breyer |
| 14 |   |
| 15 Burt Burbank, et al., |   |
| 16          Plaintiffs | **STIPULATION AND ORDER OF** |
| 17 vs. | **DISMISSAL WITH PREJUDICE** |
| 18 Pfizer Inc, et al., |   |
| 19          Defendants. |   |

20

21  Come now the Plaintiff Brenda James in the above-entitled action and Defendants, by

22  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

23  and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

24  herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42634081.1

DATED: Dec. 28, 2009   By: /s/ Navan Ward

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Dec. 28, 2009   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court