1    Ted G. Meadows
     Navan Ward, Jr.
2    Gerald B. Taylor, Jr.
     Andy D. Birchfield, Jr.
3    **BEASLEY, ALLEN, CROW, METHVIN,**
     **PORTIS & MILES, P.C.**
4    234 Commerce Street
     P.O. Box 4160
5    Montgomery, Alabama 36103
     Telephone: 334-269-2343
6    Facsimile: 334-954-7555
     Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13   PRODUCT LIABILITY LITIGATION | **Case No. : 06-2436 CRB** <br><br> **MDL NO. 1699** <br> **District Judge:  Charles R. Breyer** |
| 14 <br> 15   Burt Burbank, et al., | |
| 16                Plaintiffs | **STIPULATION AND ORDER OF** |
| 17   vs. | **DISMISSAL WITH PREJUDICE** |
| 18   Pfizer Inc, et al., | |
| 19                Defendants. | |

20

21       Come now the Plaintiffs Darrel Jones, Jeffrey McElfresh, Corinna McGuire, Barbara

22 Murillo, and Marcia Williams in the above-entitled action and Defendants, by and through the

23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with

25

26

27

28

                          -1-

           **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1    each side bearing its own attorneys' fees and costs.

2

3          DATED: 12/15, 2010    By: /lavan Ward

4

5                              **BEASLEY, ALLEN, CROW, METHVIN,
                               PORTIS & MILES, P.C.**
6                              234 Commerce Street
                               P.O. Box 4160
7                              Montgomery, Alabama 36103
                               Telephone: 334-269-2343
                               Facsimile: 334-954-7555
8
                               *Attorneys for Plaintiffs*
9
10         DATED: 12/16/2010, 2009    By: /s/

11

12                             **DLA PIPER LLP (US)**
                               1251 Avenue of the Americas
13                             New York, New York 10020
                               Telephone: 212-335-4500
14                             Facsimile: 212-335-4501

15                             *Defendants' Liaison Counsel*

16

17

18         **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
           IT IS SO ORDERED.**

19              DEC 2 2 2010

20         Dated: _____
                                   Hon. Charles R. Breyer
21                                 United States District Court

22

23

24

25

26

27

28

                                        -2-

                    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE